WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANIT OHAION,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, AND BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 2:21-CV-02198-GMN-BNW<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (Third Request):

On December 14, 2021, Plaintiff filed his Complaint [ECF No. 1]. The Summons to Defendant was issued on December 14, 2021 [ECF No. 4] and purportedly served on December 16, 2021.

On January 11, 2022, this Court entered its Order on BANA's Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (First Request), which extended the deadline for BANA to respond to the Complaint to February 7, 2022. [ECF No. 11]

On February 8, 2022, this Court entered its Order on BANA's Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (Second Request), which extended the deadline for BANA to respond to the Complaint to February 22, 2022. [ECF No. 15]

1
2     Plaintiff and BANA have discussed extending the current deadline an additional 15-days,
3 while the parties continue to explore early settlement to avoid additional time, fees, and costs
4 associated with litigation. Plaintiff has approved the 15-day extension, which would make the new
5 response deadline March 9, 2022.
6     Based upon the foregoing, BANA respectfully requests that the Court extend the deadline
7 for BANA to file its response to Plaintiff's Complaint to March 9, 2022. This is the third
8 request for extension of time for BANA to respond to Plaintiff's Complaint. The extension is
9 requested in good faith and is not for purposes of delay or prejudice to any other party.
10
11                             Dated this 18th day of February, 2022.
12                             WRIGHT, FINLAY & ZAK, LLP
13
14                             */s/ Jory C. Garabedian*
                               Darren T. Brenner, Esq.
15                             Nevada Bar No. 8386
                               Jory C. Garabedian, Esq.
16                             Nevada Bar No. 10352
                               7785 W. Sahara Ave., Suite 200
17                             Las Vegas, Nevada 89117
                               *Attorneys for Bank of America, N.A.*
18
19
20
21                             **IT IS SO ORDERED:**
22
23                             _____
                               UNITED STATES MAGISTRATE JUDGE
24
                               DATED: February 22, 2022.
25
26
27
28

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2022, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to the parties below:

Robert M. Tzall
Nevada Bar No. 13412
Contemporary Legal Solutions PLLC
2551 N. Green Balley Parkway
Building C, Suite 303
Henderson, NV 89014
office@tzalllegal.com
*Attorneys for Plaintiff Hanit Ohaion*

                                         */s/ Tonya Sessions*
                                         An employee of Wright Finlay & Zak LLP