WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANIT OHAION, | Case No. 2:21-CV-02198-GMN-BNW |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 18)** |
| EQUIFAX INFORMATION SERVICES, LLC, AND BANK OF AMERICA, N.A., | |
| Defendants. | **(First Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to File Reply Brief to BANA's Motion to Dismiss Plaintiff's Complaint (First Request):

On March 10, 2022, BANA filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 18).

On March 24, 2022, Plaintiff filed his 24-page Opposition (ECF No. 19), which makes the Reply brief currently due March 31, 2022.

However, counsel for BANA did not receive e-service until March 25, 2022, and due to scheduling coordination and conflicts, counsel is in need of additional seven (7) days to consult with BANA on the Reply brief. Counsel for Plaintiff has consented to the additional seven (7) day extension.

Based upon the foregoing, BANA respectfully requests that the Court extend the deadline for BANA to file its Reply Brief to April 7, 2022. This is the first request for extension of time for BANA to file the Reply Brief. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

Dated this 31st day of March, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED.**

Dated this __31__ day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2022, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 18)** to the parties below:

Gia Marina             gmarina@clarkhill.com, julmer@clarkhill.com, kking@clarkhill.com, tbain@clarkhill.com

Robert M Tzall         office@contemporarylegalsolutions.com, office@tzalllegal.com

*/s/ Tonya Sessions*
An employee of Wright Finlay & Zak LLP